VOLUNTEERS OF AMERICA v. THE CITY OF ELIZABETH.

May 19, 1987.

Petition for certification denied.

NORTH LAWRENCE CITIZENS ASSOCIATION v. THE TOWNSHIP COUNCIL OF THE TOWNSHIP OF LAWRENCE AND PRINCETON PIKE PARTNERSHIP.

May 19, 1987.

Petition for certification denied.

GOODALL RUBBER COMPANY v. ADMIRAL INSURANCE COMPANY.

May 19, 1987.

Petition for certification denied.

COUNTY OF ORANGE v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

May 19, 1987.

Petition for certification denied.